UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ORLANDO LAMAR WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-389** |
| **JEFFERSON PARISH, ET AL.** | **SECTION "E"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Orlando Lamar Williams's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**New Orleans, Louisiana, this 5th day of December, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 9.